IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CONTRACT MANAGEMENT, INC., | * * * * | |
| Plaintiff, | * * | |
| v. | * * * | CV 115-125 |
| JAAAT TECHNICAL SERVICES, LLC and SAFECO INSURANCE COMPANY OF AMERICA, | * * * * | |
| Defendants. | * * * | |

O R D E R

Presently before the Court is the parties' stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, this matter is **DISMISSED WITH PREJUDICE.** The Clerk shall **CLOSE** this case. Each party shall bear its own costs and attorneys' fees.

**ORDER ENTERED** at Augusta, Georgia this 3rd day of February, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA